# *Ex parte* Proskauer.

## *Mandamus.*

1. *A stranger can not be made a party to a suit without the consent of his adversary.*—A person who is neither plaintiff nor defendant, can not be made a party to a suit at law without his adversary's consent, unless the action be for the recovery, or possession, of lands.

BEFORE the Supreme Court.

A suit was commenced in the Circuit Court of Butler county by Adolph Proskauer to recover damages against T. B. McCall, William Hamilton, William. H. Morris and B. L. Long, as sureties on a *supersedeas* bond, executed by J. D. Gafford as principal. The bond was made when an appeal to the Supreme Court was taken by J. D. Gafford and his wife, S. A. Gafford, from a decree rendered by the Chancery Court of Butler county against them in favor of A. Proskauer, under the name of A. Proskauer & Co. The decree was affirmed by the Supreme Court.

Afterwards, Proskauer instituted the suit mentioned, but did not sue J. D. Gafford, who was principal on the bond. The defendants (his sureties) notified him of the pendency of the suit against them ; and upon a motion made by them and J. D. Gafford, he was made a party defendant to the

[Shaver v. Robinson.]

suit.   The plaintiff objected to the motion ; and to the action of the court he excepted.   Subsequently, the plaintiff moved the court to vacate and set aside the order by which Gafford was made a party defendant to the suit.   The court refused the motion, and the plaintiff excepted.

Upon the foregoing facts Proskauer filed a petition, praying that the judges of the Supreme Court "would issue a writ of *mandamus,* or some other appropriate writ, directed to the Hon. John K. Henry, judge of the eleventh judicial circuit of the State of Alabama, commanding him to annul, vacate and set aside said order or judgment," &c.

D. S. TROY and L. M. LANE, for petitioner.

WATTS & SONS, *contra.*

PER CURIAM.—There is no statute or rule of law known to us, which authorizes an outsider, not suing or being sued, to have himself made a party to a suit at law without the adversary party's consent, save in an ejectment or other suit for the possession of land.

Let the writ of *mandamus* issue as prayed for, commanding the Circuit Court of Butler county to vacate the order complained of.   The costs to be taxed against J. D. Gafford.